495 P.2d 1078

**Dennis Paul CARLTON and Pearl Diana Carlton, Petitioners,**

v.

**STATE of New Mexico, Respondent.**

**No. 9430.**

Supreme Court of New Mexico.

March 22, 1972.

Further ordered that the record in Court of Appeals Cause No. 688, 83 N.M. 644, 495 P.2d 1091, be and the same is hereby returned to the Clerk of the Court of Appeals.

495 P.2d 1078

**Fread L. WARNER, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9438.**

Supreme Court of New Mexico.

April 12, 1972.

Further ordered that the record in Court of Appeals Cause No. 777, 83 N.M. 642, 495 P.2d 1089, be and the same is hereby returned to the Clerk of the Court of Appeals.